Robert C. Pearman, Jr., Esq.
rpllp@znet.com
Tel (213) 533-4125
Fax (213) 533-4126

Gerald Greene, Esq.
gergreene@earthlink.net
Tel (213) 996-5454
Fax (213) 996-5453

ROBINSON & PEARMAN LLP
555 West 5th Street, 31st Floor
Los Angeles, California 90013

Attorneys for Plaintiff TUNA PROCESSORS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TUNA PROCESSORS, INC., a California corporation,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>PHILIPPINE KINGFORD CORPORATION, a Philippine corporation,<br><br>　　　　　　　Defendant. | Case No. CV08-02657 GAF (SSx)<br><br>[PROPOSED] JUDGMENT RE: TUNA PROCESSOR'S PETITION TO CONFIRM ARBITRAL AWARD |

Pursuant to the parties' Memorandum of Agreement of January 15, 2003, the "Award of Arbitrator" of July 26, 2007 ("Award"), and the "Disposition of Application for Modification of Award of Arbitrators" of September 13, 2007 ("Modified Award"), and good cause therefore appearing,

IT IS HEREBY ORDERED that judgment be entered in favor of Petitioner Tuna Processor's, Inc. ("TPI") and against Respondent Philippine Kingford Corporation ("Kingford") as follows:

1. Within thirty (30) days from the date of transmittal of the Award to the parties, Respondent Kingford shall pay to Claimant, TPI the sum of $1,750,846.10 (One million, seven-hundred fifty thousand, eight-hundred forty-six dollars and ten cents);

2. The administrative fees and expenses of the American Arbitration Association totaling $20,750.00 (Twenty thousand, seven-hundred fifty dollars) shall be borne entirely by Kingford, and the compensation and expenses of the neutral arbitrator totaling $83,015.00 (Eighty-three thousand, fifteen dollars) shall be borne entirely by Kingford;

   a. Therefore, Respondent Kingford, shall reimburse Claimant TPI the sum of $53,257.50 (Fifty-three thousand, two-hundred fifty-seven dollars and fifty cents), representing that portion of said fees and expenses in excess of the apportioned costs previously incurred by Claimant, TPI;

3. The Arbitrator's compensation from July 26, 2007 until September 12, 2007 totaling $9,975.00 shall be borne equally by the parties.

4. The attorney fees incurred shall be borne by both parties.

IT IS SO ORDERED.

DATE: __9/17__, 2008          UNITED STATES DISTRICT JUDGE

                              _____